UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY FARE, as Next Friend
of GRACE FARE, a minor,

     Plaintiff,                    Case No: 20-164
                                        Hon.
-vs-                                   Magistrate

TARGET CORPORATION,
a domestic profit corporation,

     Defendant.
_____/

## NOTICE OF REMOVAL

    TO:   The United States District Court
           Western District of Michigan
           Southern Division

    NOW COMES the Defendant, TARGET CORPORATION, a Minnesota

Corporation, by and through its attorneys, the Law Office Of Mark D. Willmarth,

and hereby removes this action and gives notice to plaintiff of the removal of this

action from the Circuit Court of the State of Michigan, County of Kent, to the

United States District Court for the Western District of Michigan, Southern

Division, and respectfully shows unto this Court as follows:

    1.     That TARGET CORPORATION is the only defendant in a civil action

brought against it in the Circuit Court for the County of Kent, State of Michigan,

entitled "TIMOTHY FARE, as Next Friend of GRACE FARE, a minor, Plaintiffs,

vs. TARGET CORPORATION, a domestic profit corporation, Defendant," Case

No. 20-01190-NO, and that attached hereto are Exhibit 1, Summons and

Complaint; Jury Demand; and Motion for Appointment of Next Friend;

and constitute all process and pleadings served by and upon the parties in such

action; and that further, no proceedings have been had therein.

2.     That the above-captioned action is a civil action over which this Court

has original jurisdiction under the provisions of Title 28, United States Code,

Section 1332(a) and is one which may be removed to this Court by the petitioner,

defendant herein, pursuant to the provisions of Title 28, United States Code,

Section 1441(a), in that it is a civil action wherein the plaintiff claims damages in

an amount in excess of $75,000.00, exclusive of interest, costs and attorney fees, by

virtue of Plaintiff's Demand in the amount of $2,000,000.00 by letter dated August

28, 2019 for the alleged injuries to Plaintiff, GRACE FARE's right hand, right leg

alleged severe emotional distress and development of trypanophobia and paranoia,

together with expense of medical and psychological care and treatment, and

economic loss, past, present and future, which she claims arises from the incident in

this case. Paragraphs 10, 27-31 of said Complaint. And, see, *Garza v Bettcher

Industries, Inc*., 752 F. Supp. 753, at pages 763-764 (E.D. Mich 1990).

3.     That further, this matter may be removed to federal court on the basis

of diversity of citizenship under Title 28, United States Code, Section 1332(a)(1)  in

that Plaintiffs, TIMOTHY FARE and GRACE FARE, are residents and citizens of

the City of Wyoming, County of Kent and State of Michigan, and defendant is a

Minnesota corporation with its principal place of business in Minneapolis,

Minnesota and is not a citizen of the State of Michigan in that it is neither

incorporated in, nor has its principal place of business in, the State of Michigan.

4.      That this notice of removal is filed in a timely and proper manner

inasmuch as this notice of removal is filed within thirty (30) days of service on

Defendant of the Summons, Complaint, Jury Demand and Motion for Appointment

of Next Friend on February 7, 2020. 28 USC 1446(b).

WHEREFORE, defendant gives notice that the above action now pending

against it in the Circuit Court of the County of Kent, State of Michigan is removed

therefrom to this Court.

Respectfully submitted,

/s/ Mark D. Willmarth

BY:_____
MARK D. WILLMARTH (P27967)
Attorneys for Defendant Target
503 S. Saginaw Street, Ste. 1000
Flint, MI 48502
(810) 600-4239
mwillmarthlaw@yahoo.com

DATED: _February 25, 2020_

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF KENT

TIMOTHY FARE, as Next Friend
of GRACE FARE, a minor,

      Plaintiff,                        Case No: 20-01190-NO
                                             Hon. Paul J. Denenfeld

-vs-

TARGET CORPORATION,
A Domestic profit corporation,

      Defendant.

_____/

TIM P. SEEGER (P83315)           MARK D. WILLMARTH (P27967)
Grewal Law, PLLC                  Law Office of Mark D. Willmarth
Attorney for Plaintiff              Attorneys for Defendant Target
801 Broadway, NW, Ste. 302      503 S. Saginaw Street, Ste. 1000
Grand Rapids, MI  49504        Flint, MI  48502
(616) 259-8463                    (810) 600-4239
                                  mwillmarthlaw@yahoo.com

## NOTICE TO STATE COURT AND COUNSEL OF REMOVAL

TIM P. SEEGER (P83315)           CLERK OF THE COURT
Attorney for Plaintiff              Kent County Circuit Court

      PLEASE TAKE NOTICE that the above-captioned cause has been removed from the Kent County Circuit Court, State of Michigan, to the United States District Court for the Western District of Michigan, Southern Division, and that attached hereto is a copy of the Notice of Removal which was duly filed on February 25, 2020 in said Court.  The case has been assigned to Federal Judge _____ and is designated as Civil Action No. 20-164.

                                Respectfully submitted,

                                  /s/ Mark D. Willmarth
                    BY:_____
                                  MARK D. WILLMARTH (P27967)
                                  Attorneys for Defendant Target

Dated:  February 25, 2020

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY FARE, as Next Friend
of GRACE FARE, a minor,

     Plaintiff,                         Case No:  20-164
                                             Hon.
                                             Magistrate

-vs-

TARGET CORPORATION,
A domestic profit corporation,

     Defendant.
_____/

## PROOF OF SERVICE

Mark D. Willmarth, being first duly sworn, deposes and says that on the 25th

day of February, 2020 he served **NOTICE OF REMOVAL, NOTICE TO**

**STATE COURT AND COUNSEL OF INTEREST OF REMOVAL and**

**PROOF OF SERVICE** upon:

TIM P. SEEGER                            CLERK OF THE COURT
Grewal Law, PLLC                    Kent County Circuit Court
801 Broadway, NW, Ste. 302         180 Ottawa Ave. NW
Grand Rapids, MI  49504              Grand Rapids, MI  49418

By courier to the Clerk of the Court and by U.S. Mail, first class postage

fully prepaid to attorney for plaintiff.

                                Respectfully submitted,

                                   /s/ Mark D. Willmarth

                                By:
                                MARK D. WILLMARTH (P27967)
                                Attorney for Defendant
                                503 S. Saginaw Street, Ste. 1000
                                Flint, MI  48502
                                (810) 600-4239

Dated:  February 25, 2020

5